402

Argued October 26, affirmed October 26, petition for
rehearing denied November 22, 1972, petition
for review denied March 21, 1973

STATE OF OREGON, *Respondent,* v. DOUGLAS
WAYNE WINTER (No. 72-41 C), *Appellant.*

501 P2d 1298

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.